THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD MERIDETH,<br><br>　　　　　Defendant. | CASE NO. CR 15-0203-JCC<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date from August 17, 2015, to October 19, 2015, and the pretrial motions deadline from July 23, 2015, to September 8, 2015. (Dkt. No. 15.) Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. (Dkt. No. 16.) Having thoroughly considered the motion papers, Defendant's waiver, and the relevant record, the Court hereby GRANTS the motion. The Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that she requires additional time to prepare for trial so that she can review, understand and investigate discovery provided by the government. These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the

1  period of delay from the filing of the motion on August 5, 2015, to the new trial date of October
2  19, 2015, is excludable time under 18 U.S.C. § 3161(h)(7)(A).
3      The trial date is CONTINUED to October 19, 2015, and pretrial motions shall be due by
4  September 8, 2015.

   DATED this 6th day of August 2015.

   _____
   John C. Coughenour
   UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE
PAGE - 2