THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD MERIDETH,<br><br>　　　　　Defendant. | CASE NO. CR15-0203-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Defendant Ronald Merideth's unopposed motion to continue the trial date (Dkt. No. 18). Mr. Merideth requests a trial continuance from October 19, 2015 to November 30, 2015, and a continuance of the pretrial motions deadline from September 8, 2015, to October 30, 2015.  (Dkt. No. 18 at 1.) Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act (Dkt. No. 19).

　　　　Having thoroughly considered Mr. Merideth's motion and the relevant record, the Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that she requires additional time to prepare

for trial so that she can review, understand, and investigate discovery provided by the government. (Dkt. No. 18 at 2.) These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the period of delay from the filing of the motion on August 5, 2015, to the new trial date of November 30, 2015, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

The Court hereby GRANTS Mr. Merideth's motion (Dkt. No. 18). The trial date is CONTINUED to November 30, 2015, and pretrial motions shall be due by October 30, 2015.

DATED this 29 day of September 2015.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk